UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                ) Case No. 11-16015
                                                      )
DOBRZYNSKI, MARK STEPHEN                              )
DOBRZYNSKI, LAURA LEFT                                )
                                                      )
                                                      )
                                                      )
                            Debtor(s)                 )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on November 13, 2012 in Courtroom 744**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  October 18, 2012                   By:  /s/ Richard M. Fogel
                                                          Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334
rfogel@shawfishman.com
UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: DOBRZYNSKI, MARK STEPHEN | § | Case No. 11-16015 |
| DOBRZYNSKI, LAURA LEFT | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 159,546.20 |
| *and approved disbursements of* | $ 35,384.00 |
| *leaving a balance on hand of* [1] | $ 124,162.20 |
| **Balance on hand:** | $ 124,162.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 124,162.20 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 6,742.41 | 0.00 | 6,742.41 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,742.41 |
| Remaining balance: | $ 117,419.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 117,419.79 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,152.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Department of the Treasury | 3,152.84 | 0.00 | 3,152.84 |

Total to be paid for priority claims:  $    3,152.84
Remaining balance:  $    114,266.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,719.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 1,979.88 | 0.00 | 1,979.88 |
| 2 | Rjm Acquisitions Llc | 72.43 | 0.00 | 72.43 |
| 3 | CANDICA L.L.C. | 960.13 | 0.00 | 960.13 |
| 4 | Midland Credit Management, Inc. | 721.29 | 0.00 | 721.29 |
| 5 | Midland Credit Management, Inc. | 2,153.97 | 0.00 | 2,153.97 |
| 6 | Atlas Acquisitions LLC | 2,155.71 | 0.00 | 2,155.71 |
| 7U | Department of the Treasury | 14.80 | 0.00 | 14.80 |
| 8 | Von Maur Inc | 421.43 | 0.00 | 421.43 |
| 9 | American InfoSource LP as agent for | 474.13 | 0.00 | 474.13 |
| 10 | Asset Acceptance, LLC assignee WELLS FARGO | 3,821.97 | 0.00 | 3,821.97 |
| 11 | Capital One,N.A | 3,365.13 | 0.00 | 3,365.13 |
| 12 | Capital One Bank (USA), N.A. | 3,907.60 | 0.00 | 3,907.60 |
| 13 | Capital One Bank (USA), N.A. | 2,807.84 | 0.00 | 2,807.84 |
| 14 | EMCC Inc | 2,628.44 | 0.00 | 2,628.44 |
| 15 | Armor Systems Co | 2,021.78 | 0.00 | 2,021.78 |
| 16 | Armor Systems Co | 362.27 | 0.00 | 362.27 |

**UST Form 101-7-NFR (10/1/2010)**

| 17 | Armor Systems Co | 291.00 | 0.00 | 291.00 |
|---|---|---|---|---|
| 18 | Armor Systems Co | 134.89 | 0.00 | 134.89 |
| 19 | Armor Systems Co | 160.35 | 0.00 | 160.35 |
| 20 | Armor Systems Co | 75.00 | 0.00 | 75.00 |
| 21 | Armor Systems Co | 235.20 | 0.00 | 235.20 |
| 23 | Galaxy Asset Purchasing, LLC. | 1,153.32 | 0.00 | 1,153.32 |
| 24 | Portfolio Recovery Associates, LLC | 1,065.88 | 0.00 | 1,065.88 |
| 25 | Portfolio Recovery Associates, LLC | 2,120.17 | 0.00 | 2,120.17 |
| 26 | Crown Asset Management LLC | 1,593.54 | 0.00 | 1,593.54 |
| 27 | LVNV Funding LLC | 4,948.13 | 0.00 | 4,948.13 |
| 28 | American InfoSource LP as agent for | 10,556.32 | 0.00 | 10,556.32 |
| 29 | Total Card,Inc on behalf of Mid America Bank | 2,507.94 | 0.00 | 2,507.94 |
| 30 | Chase Bank USA NA | 7,008.99 | 0.00 | 7,008.99 |

Total to be paid for timely general unsecured claims: $ 59,719.53
Remaining balance: $ 54,547.42

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 54,547.42

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 54,547.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $233.48. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $54,313.94.

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-16015-ERW
Mark Stephen Dobrzynski                                                   Chapter 7
Laura Anne Left Dobrzynski
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 4          Date Rcvd: Oct 19, 2012
                              Form ID: pdf006          Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2012.
```
db/jdb     +Mark Stephen Dobrzynski,   Laura Anne Left Dobrzynski,   253 Fieldcrest Drive,
             Bartlett, IL 60103-1386
17136142    Accelerated Rehab Centers,   2396 Momentum Place,   Chicago, IL 60689-5323
17136143   +Alan Arps, M.D.,   87 North Airlite Street,   Suite 160,   Elgin, IL 60123-4991
17136147   +Arnoldharris/Med Business Bureau,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
17136148   +Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
17478704   +Asset Acceptance, LLC   assignee WELLS FARGO,   PO Box 2036,   Warren, MI 48090-2036
17136150   +Associated Pathology,   PO Box 3680,   Peoria, IL 61612-3680
17136151   +Athletico,   709 Enterprise Drive,   Oak Brook, IL 60523-8814
17136152   +Barclays Bank Delaware,   Attention: Customer Support,   Po Box 8833,
             Wilmington, DE 19899-8833
17136153   +Blatt, Hasenmiller, Leibsker & Moor,   125 South Wacker Drive, Suite 400,
             Chicago, IL 60606-4440
17136154  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
             Norcross, GA 30091)
17136158  ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
            (address filed with court: Chrysler Finance,   PO Box 9223,   Farmington, MI 48333-9223)
17486738   +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17136155   +Carson Pirie Scott,   331 West Wisconsin Avenue,   Milwaukee, WI 53203-2295
17136156   +Chase Bank,   800 Brooksedge Boulevard,   Westerville, OH 43081-2822
17765582    Chase Bank USA NA,   PO Box 15145,   Wilmington, DE 19850-5145
17136157   +Chase Mtg,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
17136159   +Collection Service Cen,   Pob 68,   Altoona, PA 16603-0068
17136160   +Creditone Llc,   Po Box 625,   Metairie, LA 70004-0625
17136161   +Dependon Collection Se,   Attn: Bankruptcy,   Po Box 4833,   Oak Brook, IL 60522-4833
17136164   +GMAC,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
17136165   +Harris,   222 Merchandise Mart Plz,   Chicago, IL 60654-1103
17136166   +ICS Collection,   PO Box 1010,   Tinley Park, IL 60477-9110
17136167   +Illinois Collection Se,   Po Box 1010,   Tinley Park, IL 60477-9110
17136170   #+Lou Harris Company,   613 Academy Dr,   Northbrook, IL 60062-2420
17136178   +MRI of Chicago,   3855 North Cicero,   Chicago, IL 60641-3623
17136172   +Medical Business Bureau,   1460 Renaissance Drive,   #400,   Park Ridge, IL 60068-1349
17136173   +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6908
17136174   +Meyer & Njus,   1100 US Bank Plaza,   200 South Sixth Street,   Minneapolis, MN 55402-1595
17136179    Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
17136182  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
17136183   +Provena Saint Joseph Hospital,   77 North Airlite Street,   Elgin, IL 60123-4998
17136185   +Scheck & Siress Prosthetics,   1 S 376 Summit Avenue,   Court E,
             Oakbrook Terrace, IL 60181-3969
17136187   +Steven Fink & Assoc.,   421 North Northwest Highway,   #201(a),   Barrington, IL 60010-6020
17136188   +The Home Depot Credit Services,   PO Box 689147,   Des Moines, IA 50368
17136189   +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
17136190  ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,   Attn: Credit Dept,   6565 Brady,   Davenport, IA 52806)
17136191   +Wfnnb/lanebr,   Po Box 182789,   Columbus, OH 43218-2789
17136192    Winfield Laboratory,   Dept 4408,   Carol Stream, IL 60122-4408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17136145    E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 20 2012 00:06:42    American Honda Finance,
             Attn: Bankruptcy,   3625 West Royal Lane Suite 200,   Irving, TX 75063
17717195    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2012 00:11:38
             American InfoSource LP as agent for,   American Honda Finance,   PO Box 248838,
             Oklahoma City, OK  73124-8838
17467567    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2012 00:11:51
             American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
17136146   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Oct 20 2012 00:07:13    Armor Systems Co,   1700 Kiefer Dr,
             Suite 1,   Zion, IL 60099-5105
17136149   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 20 2012 00:06:12    Asset Acceptance,
             Po Box 2036,   Warren, MI 48090-2036
17220318    E-mail/Text: bnc@atlasacq.com Oct 20 2012 00:08:03    Atlas Acquisitions LLC,
             Assignee of GE Capital - Jc Penney Consu,   294 Union St.,   Hackensack, NJ 07601-4303
17418916   +E-mail/Text: bncmail@w-legal.com Oct 20 2012 00:09:32    CANDICA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
17490839    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2012 00:11:51    Capital One Bank (USA), N.A.,
             by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK  73124-8839
17679394    E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2012 00:09:00    Crown Asset Management LLC,
             Quantum3 Group LLC,   PO Box 788,   Kirkland, WA 98083-0788
17136168    E-mail/Text: cio.bncmail@irs.gov Oct 20 2012 00:03:40    Department of the Treasury,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
17492052    E-mail/Text: resurgentbknotifications@resurgent.com Oct 20 2012 00:04:46    EMCC Inc,
             c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
```

```
District/off: 0752-1           User: adragonet              Page 2 of 4                  Date Rcvd: Oct 19, 2012
                               Form ID: pdf006              Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17136162      +E-mail/Text: RDEVRIE@EMHC.ORG Oct 20 2012 00:07:00      Elmhurst Memorial Hospital,
               75 Remittance Drive,   Suite 6383,   Chicago, IL 60675-6383
17136163      +E-mail/Text: bknotice@erccollections.com Oct 20 2012 00:09:22      Enhanced Recovery Co L,
               8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17610332       E-mail/Text: resurgentbknotifications@resurgent.com Oct 20 2012 00:04:46
               Galaxy Asset Purchasing, LLC.,   c/o B-Line, LLC,   MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
17136169      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 20 2012 00:05:17      Kohls,   Attn: Recovery Dept,
               Po Box 3120,   Milwaukee, WI 53201-3120
17685145       E-mail/Text: resurgentbknotifications@resurgent.com Oct 20 2012 00:04:47      LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
17136171      +E-mail/Text: resurgentbknotifications@resurgent.com Oct 20 2012 00:04:47      Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
17136175      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2012 00:06:21      Midland Credit Management,
               Po Box 939019,   San Diego, CA 92193-9019
17425979      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2012 00:06:21      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
17136176      +E-mail/Text: iordonez@rushortho.com Oct 20 2012 00:07:50      Midwest Orthopedics at Rush,
               One Westbrook Corporate Center,   Suite 240,   Westchester, IL 60154-5745
17136177      +E-mail/Text: mmrgbk@miramedrg.com Oct 20 2012 00:09:19      Miramedrg,   991 Oak Creek Dr,
               Lombard, IL 60148-6408
17136180      +E-mail/Text: clientservices@northwestcollectors.com Oct 20 2012 00:08:21      Northwest Collectors,
               3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
17136181      +E-mail/Text: bknotices@totalcardinc.com Oct 20 2012 00:09:16      Plains Comm,   Po Box 5217,
               Sioux Falls, SD 57117-5217
18347488       E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2012 00:09:00
               Quantum3 Group LLC as agent for,   Galaxy Portfolios LLC,   PO Box 788,
               Kirkland, WA 98083-0788
18347489       E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2012 00:09:00
               Quantum3 Group LLC as agent for,   Fortis Capital II LLC,   PO Box 788,
               Kirkland, WA 98083-0788
17136184      +E-mail/Text: rjm@ebn.phinsolutions.com Oct 20 2012 00:06:08      Rjm Acq Llc,
               575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
17418719      +E-mail/Text: rjm@ebn.phinsolutions.com Oct 20 2012 00:06:08      Rjm Acquisitions Llc,
               575 Underhill Blvd,   Suite 224,   Syosset, NY 11791-4437
17136186      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Oct 20 2012 00:10:03
               State Farm Insurance Company,   One State Farm Plaza,   Bloomington, IL 61710-0001
17738986      +E-mail/Text: bknotices@totalcardinc.com Oct 20 2012 00:09:16
               Total Card,Inc on behalf of Mid America Bank,   & Trust Company,   Po Box 5217,
               Sioux Falls, SD 57117-5217
                                                                                               TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17670067*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Capital One Bank,
               POB 41067,   Norfolk VA 23541)
17642561*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Lane Bryant Retail,
               POB 41067,   Norfolk VA 23541)
17451519*    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur Inc,   6565 Brady Street,   Davenport, IA 52806-2054)
17136144     ##+Amerassist,   8415 Pulsar Place,   Columbus, OH 43240-4033
                                                                                  TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: adragonet           Page 3 of 4              Date Rcvd: Oct 19, 2012
                              Form ID: pdf006           Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet            Page 4 of 4                Date Rcvd: Oct 19, 2012
                              Form ID: pdf006            Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2012 at the address(es) listed below:

         Josephine J Miceli    on behalf of Creditor   JPMorgan Chase Bank, National Association
          jmiceli@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard M Fogel    on behalf of Trustee Richard Fogel rfogel@shawgussis.com, il72@ecfcbis.com
         Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
         Stephen S Newland    on behalf of Debtor Mark Dobrzynski steve@newlandlaw.com,
          cate@fairplayparalegal.com;mike@newlandlaw.com

                                                                          TOTAL: 5