**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DOBRZYNSKI, MARK STEPHEN § Case No. 11-16015
       DOBRZYNSKI, LAURA LEFT §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $329,484.59      Assets Exempt: $97,976.51
*(without deducting any secured claims)*

Total Distribution to Claimants: $63,105.85      Claims Discharged
    Without Payment: $87,873.79

Total Expenses of Administration: $6,767.41

---

    3) Total gross receipts of $ 159,546.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 89,672.94 (see **Exhibit 2**), yielded net receipts of $69,873.26 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,956.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,767.41 | 6,767.41 | 6,767.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,300.00 | 3,152.84 | 3,152.84 | 3,152.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 120,622.63 | 62,581.45 | 59,953.01 | 59,953.01 |
| **TOTAL DISBURSEMENTS** | $132,878.63 | $72,501.70 | $69,873.26 | $69,873.26 |

4) This case was originally filed under Chapter 7 on April 14, 2011. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2013          By: /s/RICHARD M. FOGEL
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Uninsured motorist claim | 1242-000 | 159,546.20 |
| **TOTAL GROSS RECEIPTS** | | **$159,546.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARK & LAUREN DOBRZYNSKI | Debtors' personal injury ($30,000) and wildcard ($5,359.00) exemptions | 8100-002 | 35,359.00 |
| DOBRZYNSKI, MARK STEPHEN | 99.95% dividend on Claim # SURPLUS, Ref: | 8200-002 | 54,313.94 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$89,672.94** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | GMAC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Honda Finance | 4110-000 | 8,956.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$8,956.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 6,742.41 | 6,742.41 | 6,742.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,767.41 | $6,767.41 | $6,767.41 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Department of the Treasury | 5800-000 | 3,300.00 | 3,152.84 | 3,152.84 | 3,152.84 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,300.00 | $3,152.84 | $3,152.84 | $3,152.84 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | unknown | 1,979.88 | 1,979.88 | 1,979.88 |
| 1I | Atlas Acquisitions LLC | 7990-000 | unknown | 7.35 | 7.35 | 7.35 |
| 2 | Rjm Acquisitions Llc | 7100-000 | 72.00 | 72.43 | 72.43 | 72.43 |
| 2I | Rjm Acquisitions Llc | 7990-000 | 0.00 | 0.27 | 0.27 | 0.27 |
| 3 | CANDICA L.L.C. | 7100-000 | unknown | 960.13 | 960.13 | 960.13 |
| 3I | CANDICA L.L.C. | 7990-000 | unknown | 3.57 | 3.57 | 3.57 |
| 4 | Midland Credit Management, Inc. | 7100-000 | 713.00 | 721.29 | 721.29 | 721.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I | Midland Credit Management, Inc. | 7990-000 | 0.00 | 2.68 | 2.68 | 2.68 |
| 5 | Midland Credit Management, Inc. | 7100-000 | 2,066.84 | 2,153.97 | 2,153.97 | 2,153.97 |
| 5I | Midland Credit Management, Inc. | 7990-000 | 0.00 | 8.00 | 8.00 | 8.00 |
| 6 | Atlas Acquisitions LLC | 7100-000 | unknown | 2,155.71 | 2,155.71 | 2,155.71 |
| 6I | Atlas Acquisitions LLC | 7990-000 | unknown | 8.01 | 8.01 | 8.01 |
| 7U | Department of the Treasury | 7100-000 | N/A | 14.80 | 14.80 | 14.80 |
| 8 | Von Maur Inc | 7100-000 | 536.00 | 421.43 | 421.43 | 421.43 |
| 8I | Von Maur Inc | 7990-000 | 0.00 | 1.56 | 1.56 | 1.56 |
| 9 | American InfoSource LP as agent for | 7100-000 | unknown | 474.13 | 474.13 | 474.13 |
| 9I | American InfoSource LP as agent for | 7990-000 | unknown | 1.76 | 1.76 | 1.76 |
| 10 | Asset Acceptance, LLC assignee WELLS FARGO | 7100-000 | 3,744.00 | 3,821.97 | 3,821.97 | 3,821.97 |
| 10I | Asset Acceptance, LLC assignee WELLS FARGO | 7990-000 | 0.00 | 14.19 | 14.19 | 14.19 |
| 11 | Capital One,N.A | 7100-000 | unknown | 3,365.13 | 3,365.13 | 3,365.13 |
| 11I | Capital One,N.A | 7990-000 | unknown | 12.50 | 12.50 | 12.50 |
| 12 | Capital One Bank (USA), N.A. | 7100-000 | 3,907.00 | 3,907.60 | 3,907.60 | 3,907.60 |
| 12I | Capital One Bank (USA), N.A. | 7990-000 | 0.00 | 14.51 | 14.51 | 14.51 |
| 13 | Capital One Bank (USA), N.A. | 7100-000 | 2,807.00 | 2,807.84 | 2,807.84 | 2,807.84 |
| 13I | Capital One Bank (USA), N.A. | 7990-000 | 0.00 | 10.43 | 10.43 | 10.43 |
| 14 | EMCC Inc | 7100-000 | unknown | 2,628.44 | 2,628.44 | 2,628.44 |
| 14I | EMCC Inc | 7990-000 | unknown | 9.76 | 9.76 | 9.76 |
| 15 | Armor Systems Co | 7100-000 | 2,021.00 | 2,021.78 | 2,021.78 | 2,021.78 |
| 15I | Armor Systems Co | 7990-000 | 0.00 | 7.51 | 7.51 | 7.51 |
| 16 | Armor Systems Co | 7100-000 | 362.00 | 362.27 | 362.27 | 362.27 |
| 16I | Armor Systems Co | 7990-000 | 0.00 | 1.35 | 1.35 | 1.35 |
| 17 | Armor Systems Co | 7100-000 | 291.00 | 291.00 | 291.00 | 291.00 |
| 17I | Armor Systems Co | 7990-000 | 0.00 | 1.08 | 1.08 | 1.08 |
| 18 | Armor Systems Co | 7100-000 | 134.00 | 134.89 | 134.89 | 134.89 |
| 18I | Armor Systems Co | 7990-000 | 0.00 | 0.50 | 0.50 | 0.50 |
| 19 | Armor Systems Co | 7100-000 | 227.00 | 160.35 | 160.35 | 160.35 |
| 19I | Armor Systems Co | 7990-000 | 0.00 | 0.60 | 0.60 | 0.60 |
| 20 | Armor Systems Co | 7100-000 | 75.00 | 75.00 | 75.00 | 75.00 |
| 20I | Armor Systems Co | 7990-000 | 0.00 | 0.28 | 0.28 | 0.28 |
| 21 | Armor Systems Co | 7100-000 | unknown | 235.20 | 235.20 | 235.20 |
| 21I | Armor Systems Co | 7990-000 | unknown | 0.87 | 0.87 | 0.87 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | Galaxy Asset Purchasing, LLC. | 7100-000 | unknown | 2,628.44 | 0.00 | 0.00 |
| 23 | Galaxy Asset Purchasing, LLC. | 7100-000 | 0.00 | 1,153.32 | 1,153.32 | 1,153.32 |
| 23I | Galaxy Asset Purchasing, LLC. | 7990-000 | 0.00 | 4.28 | 4.28 | 4.28 |
| 24 | Portfolio Recovery Associates, LLC | 7100-000 | unknown | 1,065.88 | 1,065.88 | 1,065.88 |
| 24I | Portfolio Recovery Associates, LLC | 7990-000 | unknown | 3.96 | 3.96 | 3.96 |
| 25 | Portfolio Recovery Associates, LLC | 7100-000 | unknown | 2,120.17 | 2,120.17 | 2,120.17 |
| 25I | Portfolio Recovery Associates, LLC | 7990-000 | unknown | 7.87 | 7.87 | 7.87 |
| 26 | Crown Asset Management LLC | 7100-000 | unknown | 1,593.54 | 1,593.54 | 1,593.54 |
| 26I | Crown Asset Management LLC | 7990-000 | unknown | 5.92 | 5.92 | 5.92 |
| 27 | LVNV Funding LLC | 7100-000 | 4,913.00 | 4,948.13 | 4,948.13 | 4,948.13 |
| 27I | LVNV Funding LLC | 7990-000 | 0.00 | 18.37 | 18.37 | 18.37 |
| 28 | American InfoSource LP as agent for | 7100-000 | 10,880.00 | 10,556.32 | 10,556.32 | 10,556.32 |
| 28I | American InfoSource LP as agent for | 7990-000 | 0.00 | 39.20 | 39.20 | 39.20 |
| 29 | Total Card,Inc on behalf of Mid America Bank | 7100-000 | unknown | 2,507.94 | 2,507.94 | 2,507.94 |
| 29I | Total Card,Inc on behalf of Mid America Bank | 7990-000 | unknown | 9.31 | 9.31 | 9.31 |
| 30 | Chase Bank USA NA | 7100-000 | unknown | 7,008.99 | 7,008.99 | 7,008.99 |
| 30I | Chase Bank USA NA | 7990-000 | unknown | 26.03 | 26.03 | 26.03 |
| 7PI | Department of the Treasury | 7990-000 | 0.00 | 11.71 | 11.71 | 11.71 |
| 7UI | Department of the Treasury | 7990-000 | N/A | 0.05 | 0.05 | 0.05 |
| NOTFILED | Illinois Collection Se | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Lou Harris Company | 7100-000 | 488.00 | N/A | N/A | 0.00 |
| NOTFILED | Lou Harris Company | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 3,365.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris | 7100-000 | 3,731.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 296.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Cen | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Finance | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Cen | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditone Llc | 7100-000 | 8,221.00 | N/A | N/A | 0.00 |
| NOTFILED | Elmhurst Memorial Hospital | 7100-000 | 155.61 | N/A | N/A | 0.00 |
| NOTFILED | Dependon Collection Se | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 2,114.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Elmhurst Memorial Hospital | 7100-000 | 327.77 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Co L | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | ICS Collection | 7100-000 | 220.47 | N/A | N/A | 0.00 |
| NOTFILED | Medical Business Bureau | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Scheck & Siress Prosthetics | 7100-000 | 106.80 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Rc | 7100-000 | 1,066.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena Saint Joseph Hospital | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven Fink & Assoc. | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot Credit Services | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven Fink & Assoc. | 7100-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Winfield Laboratory | 7100-000 | 45.90 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 409.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/lanebr | 7100-000 | 1,065.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Rc | 7100-000 | 2,135.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 106.00 | N/A | N/A | 0.00 |
| NOTFILED | Plains Comm | 7100-000 | 2,507.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 356.00 | N/A | N/A | 0.00 |
| NOTFILED | Carson Pirie Scott | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merchants Credit Guide | 7100-000 | 1,273.00 | N/A | N/A | 0.00 |
| NOTFILED | Meyer & Njus | 7100-000 | 6,793.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramedrg | 7100-000 | 134.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Orthopedics at Rush One Westbrook Corporate | 7100-000 | 485.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Miramedrg | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | MRI of Chicago | 7100-000 | 719.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 1,945.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 960.00 | N/A | N/A | 0.00 |
| NOTFILED | Athletico | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnoldharris/Med Business Bureau | 7100-000 | 193.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnoldharris/Med Business Bureau | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnoldharris/Med Business Bureau | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 1,005.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Arrow Financial Services | 7100-000 | 14,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Pathology | 7100-000 | 6.80 | N/A | N/A | 0.00 |
| NOTFILED | Amerassist | 7100-000 | 416.24 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Services | 7100-000 | 3,239.00 | N/A | N/A | 0.00 |
| NOTFILED | Amerassist | 7100-000 | 373.00 | N/A | N/A | 0.00 |
| NOTFILED | Alan Arps, M.D. | 7100-000 | 59.20 | N/A | N/A | 0.00 |
| NOTFILED | Accelerated Rehab Centers | 7100-000 | 1,953.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $120,622.63 | $62,581.45 | $59,953.01 | $59,953.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-16015
**Case Name:** DOBRZYNSKI, MARK STEPHEN
DOBRZYNSKI, LAURA LEFT
**Period Ending:** 01/02/13

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 04/14/11 (f)
**§341(a) Meeting Date:** 05/31/11
**Claims Bar Date:** 09/12/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence located at 253 Field Cre  Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 287,500.00 | 0.00 | OA | 0.00 | FA |
| 2  Bank of America checking account ending in 0929.  Orig. Asset Memo: Imported from original petition Doc# 1 | 468.30 | 0.00 | DA | 0.00 | FA |
| 3  Bank of America checking account ending 4596.  Orig. Asset Memo: Imported from original petition Doc# 1 | 3,718.94 | 411.08 | DA | 0.00 | FA |
| 4  Usual and necessary household goods and furnishi  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,965.00 | 0.00 | DA | 0.00 | FA |
| 5  Books, framed prints, dvds, etc.  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 6  Usual and necessary clothing & shoes.  Orig. Asset Memo: Imported from original petition Doc# 1 | 700.00 | 0.00 | DA | 0.00 | FA |
| 7  Rings, necklaces, bracelets and watches of a cas  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 8  Camera.  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 9  State Farm Universal Life Insurance Policy No. e  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10  State Farm Whole Life Insurance Policy No. endin  Orig. Asset Memo: Imported from original petition Doc# 1 | 202.53 | 0.00 | DA | 0.00 | FA |
| 11  Morgan Stanley Simple-IRA account ending 6100.  Orig. Asset Memo: Imported from original petition Doc# 1 | 7,952.30 | 0.00 | DA | 0.00 | FA |
| 12  State Farm Retirement Account account number end | 10,117.52 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-16015  
**Case Name:** DOBRZYNSKI, MARK STEPHEN  
DOBRZYNSKI, LAURA LEFT  
**Period Ending:** 01/02/13

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/14/11 (f)  
**§341(a) Meeting Date:** 05/31/11  
**Claims Bar Date:** 09/12/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Child support in the amount of $915 per month.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Potential product liability lawsuit; lawsuit not<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Honda Civic LX 4 door, over 128,000 miles p<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,280.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2006 Honda CRV, fair condition over 92,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 11,080.00 | 0.00 | DA | 0.00 | FA |
| 17 | Uninsured motorist claim  (u) | 0.00 | 124,187.20 | | 159,546.20 | FA |
| 17 | **Assets  Totals** (Excluding unknown values) | **$329,484.59** | **$124,598.28** | | **$159,546.20** | **$0.00** |

RE PROP# 1     Abandonment order entered 8-9-11

RE PROP# 14    Trustee hired special counsel to pursue claim.  Recovery on uninsured motorist claim (#17) made
further recovery unnecessary so trustee will abandon this asset.

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012     **Current Projected Date Of Final Report (TFR):**   October 18, 2012  (Actual)

Printed: 01/02/2013 06:56 AM    V.13.11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-16015  
**Case Name:** DOBRZYNSKI, MARK STEPHEN  
DOBRZYNSKI, LAURA LEFT  
**Taxpayer ID #:** \*\*-\*\*\*1564  
**Period Ending:** 01/02/13

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*97-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/28/12 | {17} | STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | Gross settlement check for 2008 automobile accident (PI and loss of consortium) | 1242-000 | 159,546.20 | | 159,546.20 |
| 08/31/12 | 101 | MARK & LAUREN DOBRZYNSKI | Debtors' personal injury ($30,000) and wildcard ($5,359.00) exemptions | 8100-002 | | 35,359.00 | 124,187.20 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 124,162.20 |
| 11/14/12 | 102 | RICHARD M. FOGEL | Dividend paid 100.00% on $6,742.41, Trustee Compensation; Reference: | 2100-000 | | 6,742.41 | 117,419.79 |
| 11/14/12 | 103 | DOBRZYNSKI, MARK STEPHEN | 99.95% dividend on Claim # SURPLUS, Ref: | 8200-002 | | 54,313.94 | 63,105.85 |
| 11/14/12 | 104 | American InfoSource LP as agent for | Combined Check for Claims#28,28I | | | 10,595.52 | 52,510.33 |
| | | | Dividend paid 100.00% on $10,556.32;  Claim# 28; Filed: $10,556.32; Reference: XXXX5105 | 10,556.32 | 7100-000 | | 52,510.33 |
| | | | Dividend paid 100.00% on $39.20;  Claim# 28I; Filed: $39.20; Reference: XXXX5105 | 39.20 | 7990-000 | | 52,510.33 |
| 11/14/12 | 105 | American InfoSource LP as agent for | Combined Check for Claims#9,9I | | | 475.89 | 52,034.44 |
| | | | Dividend paid 100.00% on $474.13;  Claim# 9; Filed: $474.13 | 474.13 | 7100-000 | | 52,034.44 |
| | | | Dividend paid 100.00% on $1.76;  Claim# 9I; Filed: $1.76 | 1.76 | 7990-000 | | 52,034.44 |
| 11/14/12 | 106 | Armor Systems Co | Combined Check for Claims#15,16,17,18,19,20,21,15I,16I,17I,18I,19I,20I,21I | | | 3,292.68 | 48,741.76 |
| | | | Dividend paid 100.00% on $2,021.78;  Claim# 15; Filed: $2,021.78; Reference: XXXXXX1053 | 2,021.78 | 7100-000 | | 48,741.76 |
| | | | Dividend paid 100.00% on $362.27;  Claim# 16; Filed: $362.27; Reference: XXXXX9825 | 362.27 | 7100-000 | | 48,741.76 |

Subtotals :  $159,546.20    $110,804.44

{} Asset reference(s)    Printed: 01/02/2013 06:56 AM    V.13.11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-16015 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | DOBRZYNSKI, MARK STEPHEN | | **Bank Name:** | The Bank of New York Mellon |
| | DOBRZYNSKI, LAURA LEFT | | **Account:** | 9200-******97-66 - Checking Account |
| **Taxpayer ID #:** | **-***1564 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/02/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $291.00; Claim# 17; Filed: $291.00; Reference: XXXXXX4802 | 291.00 | 7100-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $134.89; Claim# 18; Filed: $134.89; Reference: XXXXXX1784 | 134.89 | 7100-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $160.35; Claim# 19; Filed: $160.35; Reference: XXXXXX3805 | 160.35 | 7100-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $75.00; Claim# 20; Filed: $75.00; Reference: XXXXXX7612 | 75.00 | 7100-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $235.20; Claim# 21; Filed: $235.20 | 235.20 | 7100-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $7.51; Claim# 15I; Filed: $7.51; Reference: XXXXXX1053 | 7.51 | 7990-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $1.35; Claim# 16I; Filed: $1.35; Reference: XXXXXX9825 | 1.35 | 7990-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $1.08; Claim# 17I; Filed: $1.08; Reference: XXXXXX4802 | 1.08 | 7990-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% on $0.50; Claim# 18I; Filed: $0.50; Reference: XXXXXX1784 | 0.50 | 7990-000 | | | 48,741.76 |
| | | | Dividend paid 100.00% | 0.60 | 7990-000 | | | 48,741.76 |

Subtotals :     $0.00     $0.00

{} Asset reference(s)                                                                                   Printed: 01/02/2013 06:56 AM    V.13.11

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 11-16015 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | DOBRZYNSKI, MARK STEPHEN | | Bank Name: | The Bank of New York Mellon |
| | DOBRZYNSKI, LAURA LEFT | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***1564 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/02/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $0.60;  Claim# 19I;<br>Filed: $0.60;  Reference:<br>XXXXXX3805 | | | | |
| | | | Dividend paid 100.00%          0.28<br>on $0.28;  Claim# 20I;<br>Filed: $0.28;  Reference:<br>XXXXXX7612 | 7990-000 | | | 48,741.76 |
| | | | Dividend paid 100.00%          0.87<br>on $0.87;  Claim# 21I;<br>Filed: $0.87 | 7990-000 | | | 48,741.76 |
| 11/14/12 | 107 | Asset Acceptance, LLC assignee<br>WELLS FARGO | Combined Check for Claims#10,10I | | | 3,836.16 | 44,905.60 |
| | | | Dividend paid 100.00%      3,821.97<br>on $3,821.97;  Claim#<br>10; Filed: $3,821.97;<br>Reference: XXXX8831 | 7100-000 | | | 44,905.60 |
| | | | Dividend paid 100.00%         14.19<br>on $14.19;  Claim# 10I;<br>Filed: $14.19;<br>Reference: XXXX8831 | 7990-000 | | | 44,905.60 |
| 11/14/12 | 108 | Atlas Acquisitions LLC | Combined Check for Claims#1,6,1I,6I | | | 4,150.95 | 40,754.65 |
| | | | Dividend paid 100.00%      1,979.88<br>on $1,979.88;  Claim# 1;<br>Filed: $1,979.88 | 7100-000 | | | 40,754.65 |
| | | | Dividend paid 100.00%      2,155.71<br>on $2,155.71;  Claim# 6;<br>Filed: $2,155.71 | 7100-000 | | | 40,754.65 |
| | | | Dividend paid 100.00%          7.35<br>on $7.35;  Claim# 1I;<br>Filed: $7.35 | 7990-000 | | | 40,754.65 |
| | | | Dividend paid 100.00%          8.01<br>on $8.01;  Claim# 6I;<br>Filed: $8.01 | 7990-000 | | | 40,754.65 |
| 11/14/12 | 109 | CANDICA L.L.C. | Combined Check for Claims#3,3I | | | 963.70 | 39,790.95 |
| | | | Dividend paid 100.00%        960.13<br>on $960.13;  Claim# 3;<br>Filed: $960.13 | 7100-000 | | | 39,790.95 |
| | | | Dividend paid 100.00%          3.57<br>on $3.57;  Claim# 3I; | 7990-000 | | | 39,790.95 |

Subtotals :                    $0.00         $8,950.81

{} Asset reference(s)                                                                                  Printed: 01/02/2013 06:56 AM     V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-16015  
**Case Name:** DOBRZYNSKI, MARK STEPHEN  
DOBRZYNSKI, LAURA LEFT  
**Taxpayer ID #:** **-***1564  
**Period Ending:** 01/02/13

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $3.57 | | | | |
| 11/14/12 | 110 | Capital One Bank (USA), N.A. | Combined Check for Claims#12,13,12I,13I | | | 6,740.38 | 33,050.57 |
| | | | Dividend paid 100.00% on $3,907.60; Claim# 12; Filed: $3,907.60; Reference: XXXXXXXXXXXX4416 | 3,907.60 | 7100-000 | | 33,050.57 |
| | | | Dividend paid 100.00% on $2,807.84; Claim# 13; Filed: $2,807.84; Reference: XXXXXXXXXXXX1822 | 2,807.84 | 7100-000 | | 33,050.57 |
| | | | Dividend paid 100.00% on $14.51; Claim# 12I; Filed: $14.51; Reference: XXXXXXXXXXXX4416 | 14.51 | 7990-000 | | 33,050.57 |
| | | | Dividend paid 100.00% on $10.43; Claim# 13I; Filed: $10.43; Reference: XXXXXXXXXXXX1822 | 10.43 | 7990-000 | | 33,050.57 |
| 11/14/12 | 111 | Capital One,N.A | Combined Check for Claims#11,11I | | | 3,377.63 | 29,672.94 |
| | | | Dividend paid 100.00% on $3,365.13; Claim# 11; Filed: $3,365.13 | 3,365.13 | 7100-000 | | 29,672.94 |
| | | | Dividend paid 100.00% on $12.50; Claim# 11I; Filed: $12.50 | 12.50 | 7990-000 | | 29,672.94 |
| 11/14/12 | 112 | Chase Bank USA NA | Combined Check for Claims#30,30I | | | 7,035.02 | 22,637.92 |
| | | | Dividend paid 100.00% on $7,008.99; Claim# 30; Filed: $7,008.99; Reference: XXXXXXXX0086 | 7,008.99 | 7100-000 | | 22,637.92 |
| | | | Dividend paid 100.00% on $26.03; Claim# 30I; Filed: $26.03; Reference: XXXXXXXX0086 | 26.03 | 7990-000 | | 22,637.92 |

Subtotals :   $0.00   $17,153.03

{} Asset reference(s)

Printed: 01/02/2013 06:56 AM   V.13.11

Case 11-16015    Doc 41    Filed 01/07/13    Entered 01/07/13 14:16:47    Desc Main
Document      Page 15 of 18

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-16015 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | DOBRZYNSKI, MARK STEPHEN | | **Bank Name:** | The Bank of New York Mellon |
| | DOBRZYNSKI, LAURA LEFT | | **Account:** | 9200-******97-66 - Checking Account |
| **Taxpayer ID #:** | **-***1564 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/02/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/12 | 113 | Crown Asset Management LLC | Combined Check for Claims#26,26I | | | 1,599.46 | 21,038.46 |
| | | | Dividend paid 100.00% 1,593.54 on $1,593.54;  Claim# 26; Filed: $1,593.54 | 7100-000 | | | 21,038.46 |
| | | | Dividend paid 100.00% 5.92 on $5.92;  Claim# 26I; Filed: $5.92 | 7990-000 | | | 21,038.46 |
| 11/14/12 | 114 | Department of the Treasury | Combined Check for Claims#7U,7P,7PI,7UI | | | 3,179.40 | 17,859.06 |
| | | | Dividend paid 100.00% 14.80 on $14.80;  Claim# 7U; Filed: $14.80 | 7100-000 | | | 17,859.06 |
| | | | Dividend paid 100.00% 3,152.84 on $3,152.84;  Claim# 7P; Filed: $3,152.84 | 5800-000 | | | 17,859.06 |
| | | | Dividend paid 100.00% 11.71 on $11.71;  Claim# 7PI; Filed: $11.71 | 7990-000 | | | 17,859.06 |
| | | | Dividend paid 100.00% 0.05 on $0.05;  Claim# 7UI; Filed: $0.05 | 7990-000 | | | 17,859.06 |
| 11/14/12 | 115 | EMCC Inc | Combined Check for Claims#14,14I | | | 2,638.20 | 15,220.86 |
| | | | Dividend paid 100.00% 2,628.44 on $2,628.44;  Claim# 14; Filed: $2,628.44 | 7100-000 | | | 15,220.86 |
| | | | Dividend paid 100.00% 9.76 on $9.76;  Claim# 14I; Filed: $9.76 | 7990-000 | | | 15,220.86 |
| 11/14/12 | 116 | Galaxy Asset Purchasing, LLC. | Combined Check for Claims#23,23I | | | 1,157.60 | 14,063.26 |
| | | | Dividend paid 100.00% 1,153.32 on $1,153.32;  Claim# 23; Filed: $1,153.32 | 7100-000 | | | 14,063.26 |
| | | | Dividend paid 100.00% 4.28 on $4.28;  Claim# 23I; Filed: $4.28 | 7990-000 | | | 14,063.26 |
| 11/14/12 | 117 | LVNV Funding LLC | Combined Check for Claims#27,27I | | | 4,966.50 | 9,096.76 |
| | | | Dividend paid 100.00% 4,948.13 on $4,948.13;  Claim# 27; Filed: $4,948.13; Reference: | 7100-000 | | | 9,096.76 |

Subtotals :         $0.00         $13,541.16

{} Asset reference(s)                                                                                  Printed: 01/02/2013 06:56 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 11-16015 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | DOBRZYNSKI, MARK STEPHEN | | Bank Name: | The Bank of New York Mellon |
| | DOBRZYNSKI, LAURA LEFT | | Account: | 9200-******97-66 - Checking Account |
| Taxpayer ID #: | **-***1564 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/02/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | XXXXXXXXXXXX2452 | | | | |
| | | | Dividend paid 100.00%   18.37<br>on $18.37;  Claim# 27I;<br>Filed: $18.37;<br>Reference:<br>XXXXXXXXXXXX2452 | 7990-000 | | | 9,096.76 |
| 11/14/12 | 118 | Midland Credit Management, Inc. | Combined Check for Claims#4,5,4I,5I | | | 2,885.94 | 6,210.82 |
| | | | Dividend paid 100.00%   721.29<br>on $721.29;  Claim# 4;<br>Filed: $721.29;<br>Reference:<br>XXXXXX1067 | 7100-000 | | | 6,210.82 |
| | | | Dividend paid 100.00%   2,153.97<br>on $2,153.97;  Claim# 5;<br>Filed: $2,153.97;<br>Reference:<br>XXXXXX8920 | 7100-000 | | | 6,210.82 |
| | | | Dividend paid 100.00%   2.68<br>on $2.68;  Claim# 4I;<br>Filed: $2.68;  Reference:<br>XXXXXX1067 | 7990-000 | | | 6,210.82 |
| | | | Dividend paid 100.00%   8.00<br>on $8.00;  Claim# 5I;<br>Filed: $8.00;  Reference:<br>XXXXXX8920 | 7990-000 | | | 6,210.82 |
| 11/14/12 | 119 | Portfolio Recovery Associates, LLC | Combined Check for Claims#25,25I | | | 2,128.04 | 4,082.78 |
| | | | Dividend paid 100.00%   2,120.17<br>on $2,120.17;  Claim#<br>25; Filed: $2,120.17 | 7100-000 | | | 4,082.78 |
| | | | Dividend paid 100.00%   7.87<br>on $7.87;  Claim# 25I;<br>Filed: $7.87 | 7990-000 | | | 4,082.78 |
| 11/14/12 | 120 | Portfolio Recovery Associates, LLC | Combined Check for Claims#24,24I | | | 1,069.84 | 3,012.94 |
| | | | Dividend paid 100.00%   1,065.88<br>on $1,065.88;  Claim#<br>24; Filed: $1,065.88 | 7100-000 | | | 3,012.94 |
| | | | Dividend paid 100.00%   3.96<br>on $3.96;  Claim# 24I;<br>Filed: $3.96 | 7990-000 | | | 3,012.94 |

Subtotals :          $0.00          $6,083.82

{} Asset reference(s)                                                              Printed: 01/02/2013 06:56 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 11-16015  
**Case Name:** DOBRZYNSKI, MARK STEPHEN  
DOBRZYNSKI, LAURA LEFT  
**Taxpayer ID #:** **-***1564  
**Period Ending:** 01/02/13

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/14/12 | 121 | Rjm Acquisitions Llc | Combined Check for Claims#2,2I | | | | 72.70 | 2,940.24 |
| | | | Dividend paid 100.00%<br>on $72.43; Claim# 2;<br>Filed: $72.43;<br>Reference:<br>XXXXXX2279 | 72.43 | 7100-000 | | | 2,940.24 |
| | | | Dividend paid 100.00%<br>on $0.27; Claim# 2I;<br>Filed: $0.27; Reference:<br>XXXXXX2279 | 0.27 | 7990-000 | | | 2,940.24 |
| 11/14/12 | 122 | Total Card,Inc on behalf of Mid America Bank | Combined Check for Claims#29,29I | | | | 2,517.25 | 422.99 |
| | | | Dividend paid 100.00%<br>on $2,507.94; Claim#<br>29; Filed: $2,507.94 | 2,507.94 | 7100-000 | | | 422.99 |
| | | | Dividend paid 100.00%<br>on $9.31; Claim# 29I;<br>Filed: $9.31 | 9.31 | 7990-000 | | | 422.99 |
| 11/14/12 | 123 | Von Maur Inc | Combined Check for Claims#8,8I | | | | 422.99 | 0.00 |
| | | | Dividend paid 100.00%<br>on $421.43; Claim# 8;<br>Filed: $421.43;<br>Reference: XXXX7023 | 421.43 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $1.56; Claim# 8I;<br>Filed: $1.56; Reference:<br>XXXX7023 | 1.56 | 7990-000 | | | 0.00 |

|  |  |
|---|---|
| **ACCOUNT TOTALS** | 159,546.20    159,546.20    $0.00 |
| Less: Bank Transfers | 0.00    0.00 |
| **Subtotal** | 159,546.20    159,546.20 |
| Less: Payments to Debtors | 89,672.94 |
| **NET Receipts / Disbursements** | **$159,546.20    $69,873.26** |

{} Asset reference(s)

Printed: 01/02/2013 06:56 AM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 11-16015 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | DOBRZYNSKI, MARK STEPHEN | | **Bank Name:** | The Bank of New York Mellon |
| | DOBRZYNSKI, LAURA LEFT | | **Account:** | 9200-******97-66 - Checking Account |
| **Taxpayer ID #:** | **-***1564 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 01/02/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| | | | **Checking # 9200-******97-66** | 159,546.20 | 69,873.26 | 0.00 |
| | | | | $159,546.20 | $69,873.26 | $0.00 |

{} Asset reference(s)

Printed: 01/02/2013 06:56 AM    V.13.11